UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENDRICK E. DULDULAO,

    Plaintiff,

vs.    Case No. 2:11-cv-99-FtM-29SPC

ISLAND HOSPITALITY MANAGEMENT, INC.,
a Florida corporation doing business
as HAMPTON INN NAPLES-CENTRAL, GRAND
PRIX NAPLES, LLC, a Delaware limited
liability company,

    Defendants.
_____

### ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice As to Both Defendants (Doc. #23) filed on July 12, 2011. The parties advise that the case may be dismissed as against all defendants. Therefore, the stay as to Grand Prix Naples, LLC will no longer apply and the case will be closed.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** with prejudice, in its entirety, with each party to bear its own costs and attorney's fees. The Clerk is directed to enter judgment accordingly and close the file.

**DONE AND ENTERED** at Fort Myers, Florida, this __13th__ day of July, 2011.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge